**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| William E. and Brenda Cisson, d/b/a Cisson Travel,<br><br>Plaintiffs,<br><br>v.<br><br>Carlson Travel Network Associates, Inc.,<br><br>Defendant. | Civil Action No. 02-111 (JRT/FLN)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that this lawsuit may be dismissed on its merits, in its entirety, and with prejudice, but without costs or disbursements to any of the parties.

Dated: March 11, 2002.

COVINGTON, PATRICK, HAGINS, STERN & LEWIS, P.A.

By: T.S. Stern
T.S. Stern, Jr.
South Carolina Fed. Bar No. 5337
P.O. Box 2343
Greenville, SC 29602
Telephone No. (864) 842-9000

ATTORNEYS FOR PLAINTIFF

FILED ___ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

Dated: March 11, 2002.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A..

By: ______________________
Kirk W. Reilly (Atty I.D. No. 153370)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-343-2800
Facsimile: 612-333-0066

ATTORNEYS FOR DEFENDANT

**ORDER OF DISMISSAL**

This matter came on before the Court upon the parties' Stipulation for Dismissal With Prejudice. Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that this matter, including all counterclaims, is dismissed with prejudice and without costs or disbursements being awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 12, 2002.

BY THE COURT:

______________________
Hon. John R. Tunheim
Judge of United States District Court

GP:868694 v1